UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ALLISON BENNETT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:24-CV-258-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on August 6, 2024 [DE 18], the court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Judgment filed and entered on August 6, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

August 6, 2024

　　　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　By: /s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　　Deputy Clerk